**2007–2137. Preferred Properties, Inc. v. Tillimon.**
Lucas App. No. L–07–1065. Reported at 117 Ohio St.3d 1424, 2008-Ohio-969, 882 N.E.2d 445. On motion for reconsideration. Motion denied.

**2007–2282. State v. Harris.**
Hamilton App. No. C–060989. Reported at 117 Ohio St.3d 1426, 2008-Ohio-969, 882 N.E.2d 446. On motion for reconsideration. Motion denied.

PFEIFER and LANZINGER, JJ., dissent and would grant the motion as to Proposition of Law No. II and hold the cause for the decision in 2007–0394, *State v. Hairston,* Franklin App. No. 06AP–420, 2007-Ohio-143.

**2007–2336. State v. Fikes.**
Hamilton App. No. C–060581, 2007-Ohio-5870. Reported at 117 Ohio St.3d 1426, 2008-Ohio-969, 882 N.E.2d 446. On motion for reconsideration. Motion denied.

**2007–2384. State v. Harrington.**
Greene App. No. 06–CA–29, 2007-Ohio-1335. Reported at 117 Ohio St.3d 1427, 2008-Ohio-969, 882 N.E.2d 446. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents and would grant the motion as to Proposition of Law No. II.

**2008–0020. State ex rel. Ahmed v. Solovan.**
In Prohibition. Reported at 117 Ohio St.3d 1419, 2008-Ohio-995, 882 N.E.2d 441. On motion for reconsideration. Motion denied.

**2008–0022. State ex rel. Bozsik v. Slaby.**
In Mandamus. Reported at 117 Ohio St.3d 1420, 2008-Ohio-969, 882 N.E.2d 442. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*May 8, 2008*

[Cite as *05/08/2008 Case Announcements,* 2008-Ohio-2160.]

# MOTION AND PROCEDURAL RULINGS

**2005–2264. State v. Diar.**
Lorain C.P. No. 04CR065248. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Lorain County. Upon consideration thereof,

It is ordered by the court, sua sponte, that the record in this case be supplemented with the "Post Sentence Report" filed in the trial court on March 20, 2006.

**2008–0773. Nathan B. v. Houk.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's motion to seal petition exhibits 1 through 6,

It is ordered by the court that the motion is granted.